# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 1:14-cv-1645 (JEB) ) ) |
| CENTRAL INTELLIGENCE AGENCY, | ) ) |
| Defendant. | ) ) ) |

## DEFENDANT'S ANSWER TO COMPLAINT FOR INJUNCTIVE RELIEF

Defendant, the Central Intelligence Agency ("CIA"), hereby answers plaintiff's

Complaint as follows:

1.      Admit that plaintiff purports to bring this case under the Freedom of Information

Act ("FOIA"), 5 U.S.C. § 552, for a FOIA request submitted to the CIA by letter dated July 31,

2014.  The remainder of paragraph 1 consists of legal conclusions to which no response is

required.

2.      First, third, and fourth sentences:  These sentences consist of legal conclusions to

which no response is required.  Second sentence:  This sentence contains plaintiff's

characterization of the July 31, 2014, FOIA request, to which no response is required.  To the

extent that a response is required, defendant denies the allegations on the ground that the request

speaks for itself and respectfully refers the Court to the request for a complete and accurate

statement of its contents.

3.      Paragraph 3 consists of legal conclusions to which no response is required.

4.      Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 4.

5.      Admit.

6.      This paragraph contains plaintiff's characterization of a March 2014 statement by Dianne Feinstein, to which no response is required.  To the extent that a response is required, defendant denies the allegations on the ground that the statement speaks for itself and respectfully refers the Court to the statement (or documents containing the statement) for a complete and accurate statement of its contents.

7.      This paragraph contains plaintiff's characterization of SSCI's actions, to which no response is required.

8.      This paragraph contains plaintiff's characterization of communications between SSCI and the CIA, to which no response is required.

9.      This paragraph contains plaintiff's characterization of communications between SSCI and the CIA, to which no response is required.

10.      This paragraph contains plaintiff's characterization of statements by CIA Director John Brennan, to which no response is required.  To the extent that a response is required, defendant denies the allegations on the ground that the statements speak for themselves and respectfully refers the Court to the statements (or documents containing the statements), for a complete and accurate statement of their contents.

11.      This paragraph contains plaintiff's characterization of a July 31, 2014 statement by the CIA Office of Inspector General ("OIG"), to which no response is required.  To the extent that a response is required, defendant denies the allegations on the ground that the statement

speaks for itself and respectfully refers the Court to the statement (or documents containing the statement), for a complete and accurate statement of its contents.

12.     This paragraph contains plaintiff's characterization of public statements by the CIA, to which no response is required.  To the extent that a response is required, defendant denies the allegations on the ground that the statements speak for themselves and respectfully refers the Court to the statements (or documents containing the statements), for a complete and accurate statement of their contents.

13.     This paragraph contains plaintiff's characterization of certain media reports, to which no response is required.  To the extent that a response is required, defendant denies the allegations on the ground that the reports speak for themselves and respectfully refers the Court to the reports for a complete and accurate statement of their contents.

14.     This paragraph contains plaintiff's characterization of a public statement by Dianne Feinstein, to which no response is required.  To the extent that a response is required, defendant denies the allegations on the ground that the statement speaks for itself and respectfully refers the Court to the statement (or documents containing the statement) for a complete and accurate statement of its contents.

15.     This paragraph contains plaintiff's characterization of a statement by Director Brennan, to which no response is required.  The remainder of the paragraph is denied except to admit that Director Brennan commissioned an accountability board at the CIA, which would review the OIG report.

16.     This paragraph contains plaintiff's characterization of a statement by Senator Ron Wyden, to which no response is required.  To the extent that a response is required, defendant denies the allegations on the ground that the statement speaks for itself and respectfully refers the

Court to the statement (or documents containing the statement) for a complete and accurate statement of its contents.

17.     First sentence:  Deny, except to admit that on July 31, 2014, a one-page summary of the CIA Inspector General's report was released.  The remainder of this paragraph contains plaintiff's characterization of the one-page summary of the Inspector General's report, to which no response is required.  To the extent that a response is required, defendant denies the allegations on the ground that the summary speaks for itself and respectfully refers the Court to the summary for a complete and accurate statement of its contents.

18.     This paragraph incorporates the responses to paragraphs 1-17 as though set forth fully herein.

19.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 19.

20.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 20.  Admit that on August 6, 2014, the CIA's office of the Information and Privacy Coordinator received plaintiff's July 31, 2014, FOIA request.

21.     This paragraph contains plaintiff's characterization of its July 31, 2014, FOIA request, to which no response is required.  To the extent that a response is required, defendant denies the allegations on the ground that the request speaks for itself and respectfully refers the Court to the request for a complete and accurate statement of its contents.

22.      This paragraph contains plaintiff's characterization of its July 31, 2014, FOIA request, to which no response is required.  To the extent that a response is required, defendant denies the allegations on the ground that the request speaks for itself and respectfully refers the Court to the request for a complete and accurate statement of its contents.

23.     This paragraph contains plaintiff's characterization of its July 31, 2014, FOIA request, to which no response is required.  To the extent that a response is required, defendant denies the allegations on the ground that the request speaks for itself and respectfully refers the Court to the request for a complete and accurate statement of its contents.

24.     This paragraph contains plaintiff's characterization of its July 31, 2014, FOIA request, to which no response is required.  To the extent that a response is required, defendant denies the allegations on the ground that the request speaks for itself and respectfully refers the Court to the request for a complete and accurate statement of its contents.

25.     This paragraph contains plaintiff's characterization of its July 31, 2014, FOIA request, to which no response is required.  To the extent that a response is required, defendant denies the allegations on the ground that the request speaks for itself and respectfully refers the Court to the request for a complete and accurate statement of its contents.

26.     This paragraph contains plaintiff's characterization of its July 31, 2014, FOIA request, to which no response is required.  To the extent that a response is required, defendant denies the allegations on the ground that the request speaks for itself and respectfully refers the Court to the request for a complete and accurate statement of its contents.

27.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 27.   Aver that by letter dated August 7, 2014, Michelle Meeks, the CIA's Information and Privacy Coordinator, responded to EPIC's July 31, 2014, FOIA request.

28.     This paragraph incorporates the responses to paragraphs 1-27 as though set forth fully herein.

29.     Deny.

30.     Deny.

31.     Deny.

32.     Paragraph 32 consists of legal conclusions to which no response is required.

33.     This paragraph incorporates the responses to paragraphs 1-32 as though set forth fully herein.

34.     Deny.

35.     Paragraph 35 consists of legal conclusions to which no response is required.

36.     This paragraph incorporates the responses to paragraphs 1-35 as though set forth fully herein.

37.     Deny.

38.     Deny.

39.     Paragraph 39 consists of legal conclusions to which no response is required.

40.     Paragraph 40 consists of legal conclusions to which no response is required.

41.     This paragraph incorporates the responses to paragraphs 1-40 as though set forth fully herein.

42.     This paragraph contains plaintiff's characterization of its July 31, 2014, FOIA request, to which no response is required.  To the extent that a response is required, defendant denies the allegations on the ground that the request speaks for itself and respectfully refers the Court to the request for a complete and accurate statement of its contents.

43.     Paragraph 43 consists of legal conclusions to which no response is required.

44.     Paragraph 44 consists of legal conclusions to which no response is required.

45.     Paragraph 45 consists of legal conclusions to which no response is required.

46.     This paragraph incorporates the responses to paragraphs 1-45 as though set forth fully herein.

47.     This paragraph contains plaintiff's characterization of its July 31, 2014, FOIA request, to which no response is required.  To the extent that a response is required, defendant denies the allegations on the ground that the request speaks for itself and respectfully refers the Court to the request for a complete and accurate statement of its contents.

48.      Deny.

49.     Paragraph 49 consists of legal conclusions to which no response is required.

50.     Paragraph 50 consists of legal conclusions to which no response is required.

51.     Paragraph 51 consists of legal conclusions to which no response is required.

52.     This paragraph incorporates the responses to paragraphs 1-51 as though set forth fully herein.

53.     This paragraph contains plaintiff's characterization of its July 31, 2014, FOIA request, to which no response is required.  To the extent that a response is required, defendant denies the allegations on the ground that the request speaks for itself and respectfully refers the Court to the request for a complete and accurate statement of its contents.

54.     Deny.

55.     Paragraph 55 consists of legal conclusions to which no response is required.

56.     Paragraph 56 consists of legal conclusions to which no response is required.

57.     Paragraph 57 consists of legal conclusions to which no response is required.

WHEREFORE, having fully answered, defendant asserts that plaintiff is not entitled to the relief requested, or to any relief whatsoever, and requests that defendant be given such other relief as the Court deems just and proper.

## FIRST AFFIRMATIVE DEFENSE

Defendant objects to the Complaint to the extent that answering it imposes obligations

upon it that exceed those imposed by the FOIA.

## SECOND AFFIRMATIVE DEFENSE

Plaintiff is not entitled to compel the production of records protected from disclosure by

FOIA, subject to any applicable FOIA exemptions, or to which FOIA does not apply.


Dated: November 13, 2014

Respectfully submitted,

JOYCE R. BRANDA
Acting Assistant Attorney General

RONALD C. MACHEN, Jr.
United States Attorney

ELIZABETH J. SHAPIRO
Deputy Branch Director
Civil Division

  _/s/ Vesper Mei_____
VESPER MEI (D.C. Bar 455778)
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave, NW
Washington, D.C.  20530
Telephone:  (202) 514-4686
E-mail: vesper.mei@usdoj.gov

_**Counsel for the Defendants**_