UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CENTRAL INTELLIGENCE AGENCY, )<br>)<br>Defendant. ) | Case No. 1:14-cv-1645 (JEB) |

**JOINT STATUS REPORT**

The parties, Plaintiff the Electronic Privacy Information Center ("EPIC") and Defendant the Central Intelligence Agency ("CIA"), by and through their undersigned counsel, respectfully provide this Joint Status Report to propose a schedule in this matter. The parties report as follows:

1. This case arises from Plaintiff's July 31, 2014, request under the Freedom of Information Act for: "all final reports, executive summaries, and related investigatory documents" from the "CIA Inspector General regarding CIA's involvement in the penetration of the Senate Intelligence Committee's computer network."

2. Counsel for Plaintiff and Defendant have conferred regarding a production schedule for any non-exempt information contained in responsive records in this matter, and have agreed to the following:

- Plaintiff agrees to limit its request to the CIA Office of the Inspector General Report and any executive summaries (excluding the underlying investigatory files);

- Defendant CIA agrees to complete processing of responsive records for production of any non-exempt information by February 20, 2015.

3. The Parties now propose that the Court issue a scheduling order in this matter as follows:

- Defendant shall complete processing of responsive records for production of any non-exempt information by February 20, 2015.

- The Parties shall file a Joint Status Report on March 6, 2015, to propose dates for further proceedings in this matter, as appropriate.

Dated November 26, 2014                  Respectfully submitted,

 

MARC ROTENBERG
EPIC President and Executive Director

GINGER P. MCCALL
Associate Director
EPIC Open Government Program Director

/s/ Alan Jay Butler
ALAN JAY BUTLER
Senior Counsel
Electronic Privacy Information Center
1718 Connecticut Ave., NW, Suite 200
Washington, DC 20009
Telephone: (202) 483-1140
E-mail: butler@epic.org

**Counsel for Plaintiff**

JOYCE R. BRANDA
Acting Assistant Attorney General

RONALD C. MACHEN
United States Attorney

ELIZABETH J. SHAPIRO
Deputy Branch Director
Civil Division

/s/ Vesper Mei
VESPER MEI (D.C. Bar 455778)
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave, NW
Washington, D.C.  20530
Telephone: (202) 514-4686
E-mail: vesper.mei@usdoj.gov

**Counsel for Defendant**