# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br><br>Plaintiff,<br><br>v.<br><br>CENTRAL INTELLIGENCE AGENCY,<br><br>Defendant. | )<br>)<br>)<br>) Case No. 1:14-cv-1645 (JEB)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT STATUS REPORT

The parties, Plaintiff the Electronic Privacy Information Center ("EPIC") and Defendant the Central Intelligence Agency ("CIA"), by and through their undersigned counsel, respectfully provide this Joint Status Report to propose a schedule in this matter. The parties report as follows:

1. This case arises from Plaintiff's July 31, 2014, request under the Freedom of Information Act for: "all final reports, executive summaries, and related investigatory documents" from the "CIA Inspector General regarding CIA's involvement in the penetration of the Senate Intelligence Committee's computer network."

2. On January 14, 2015, the CIA publicly released the report of the CIA Inspector General, entitled "Agency Access to the SSCI Shared Drive on RDINet," as well as the related Agency Review Board Report. The CIA has no further documents that would be responsive to the Plaintiff's FOIA request in this case, as narrowed by agreement of the parties.

1

3. The parties have conferred and agree that the sole issue remaining in this case is that of attorney's fees. They jointly propose the following briefing schedule:

April 3, 2015:  Plaintiff's opening brief
May 1, 2015:  Defendant's opposition
May 8, 2015:  Plaintiff's reply

Dated:  March 6, 2015                          Respectfully submitted,

MARC ROTENBERG
EPIC President and Executive Director

GINGER P. MCCALL
Associate Director
EPIC Open Government Program Director

/s/
ALAN JAY BUTLER
Senior Counsel
Electronic Privacy Information Center
1718 Connecticut Ave., NW, Suite 200
Washington, DC 20009
Telephone: (202) 483-1140
E-mail: butler@epic.org

**Counsel for Plaintiff**


BENJAMIN C. MIZER
Acting Assistant Attorney General

RONALD C. MACHEN
United States Attorney

ELIZABETH J. SHAPIRO
Deputy Branch Director
Civil Division

/s/
VESPER MEI (D.C. Bar 455778)
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave, NW
Washington, D.C.  20530
Telephone: (202) 514-4686
E-mail: vesper.mei@usdoj.gov

**Counsel for Defendant**