IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 1:14-cv-01645-JEB ) |
| CENTRAL INTELLIGENCE AGENCY | ) ) ) |
| Defendant. | ) ) |

**PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS**

Pursuant to Fed. R. Civ. P. 54(d) and 5 U.S.C. § 552(a)(4)(E)(i), Plaintiff Electronic Privacy Information Center ("EPIC") respectfully moves for an award of attorneys' fees and costs reasonably incurred in the above-captioned matter. EPIC submits the accompanying memorandum of points and authorities, with attached exhibits, in support of this motion.

April 3, 2015                                          Respectfully Submitted,

                                                       MARC ROTENBERG (DC Bar # 422825)
                                                       EPIC Executive Director

                                                       GINGER MCCALL (D.C. Bar #1001104)
                                                       Director, EPIC Open Government Project

                                                       */s/ Alan Butler*
                                                       ALAN JAY BUTLER (DC Bar #1012128)
                                                       Senior Counsel
                                                       Electronic Privacy Information Center
                                                       1718 Connecticut Ave. NW
                                                       Suite 200
                                                       Washington, DC 20009
                                                       202-483-1140
                                                       *Counsel for Plaintiff*