IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER )<br><br>Plaintiff, )<br><br>v. )<br><br>CENTRAL INTELLIGENCE AGENCY, )<br><br>Defendant. ) | Case No. 1:14-cv-1645 (JEB) |

### STIPULATION OF VOLUNTARY DISMISSAL

It is hereby stipulated and agreed by and between the parties that pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the Plaintiff's claims are hereby dismissed with prejudice.

Date: April 30, 2015

Respectfully submitted,

For Plaintiffs:

MARC ROTENBERG
EPIC President and Executive Director

   /s/ Ginger P. McCall
GINGER P. MCCALL
Associate Director
EPIC Open Government Program Director

ALAN JAY BUTLER
Senior Counsel
Electronic Privacy Information Center
1718 Connecticut Ave., NW, Suite 200
Washington, DC 20009
Telephone: (202) 483-1140
E-mail: mccall@epic.org

**Attorneys for Plaintiffs**

Date:  April 27, 2015

For Defendant:

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

VINCENT H. COHEN, Jr.
Acting United States Attorney

ELIZABETH J. SHAPIRO
Deputy Branch Director
Civil Division


       /s/ Vesper Mei
VESPER MEI (D.C. Bar 455778)
Senior Counsel
United States Department of Justice
Civil Division
Federal Programs Branch
20 Massachusetts Ave, NW
Washington, D.C.  20530
Telephone:  (202) 514-4686
Fax:  (202) 616-8470
E-mail: vesper.mei@usdoj.gov

**Attorneys for Defendant**